UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>           Defendant. | 1:15-cv-01410-EPG (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND DOCUMENTS AND EVIDENCE BACK TO PLAINTIFF<br>(ECF NO. 10) |

      Elaine K. Villareal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 23, 2016, Plaintiff filed a letter with the Court. (ECF No. 10). Attached to the letter were several inmate grievance forms (including an appeal form), as well as responses to the grievances. Attached to one of the forms was purportedly a sample of black mold. (Id. at p. 12).

      While the documents have been docketed, the Court will order that all of the documents, as well as the sample of black mold, be sent back to Plaintiff. It is not necessary for Plaintiff to be submitting evidence at this stage in the case, and "[t]he Court will not serve as a repository for evidence." (ECF No. 3, p. 3). The Court also notes that Plaintiff should not mail the Court potentially dangerous substances.

      Accordingly, based on the foregoing, it is ORDERED that the Clerk of Court is directed to

1 | send the documents filed as ECF No. 10 back to Plaintiff, including the attached sample of black
2 | mold.

IT IS SO ORDERED.

    Dated:   **December 6, 2016**       /s/ _Erica P. Grosjean_
                                                         UNITED STATES MAGISTRATE JUDGE