# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | 1:15-cv-01410-EPG (PC)<br><br>ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS (ECF NO. 12)<br><br>ORDER DIRECTING CLERK TO SEND COPY OF ORDER TO THE FRESNO COUNTY SHERIFF'S OFFICE AND THE FRESNO COUNTY JAIL SUPERVISOR/INMATE COORDINATOR |

Elaine Villareal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 31, 2017, the County of Fresno ("Defendant") filed a motion to dismiss.  (ECF No. 12).  The Court finds that a hearing on the motion to dismiss could be helpful.  Accordingly, the Court will set a hearing on Defendant's motion to dismiss.

In accordance with the above, IT IS HEREBY ORDERED that:

1. A hearing on Defendant's motion to dismiss is set before Magistrate Judge Erica P. Grosjean on March 31, 2017, at 11:00 a.m. at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721 in Courtroom #10;

2. Plaintiff must appear telephonically.  Defendant may either appear in person or telephonically.  To appear telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453; and

3. The Clerk of Court is directed to serve a copy of this order on the Fresno County Sheriff's Office and the Fresno County Jail Supervisor/Inmate Coordinator.

IT IS SO ORDERED.

Dated: **March 6, 2017**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE