# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO FILE HER ADDITIONAL EVIDENCE WITH THE COURT<br>(ECF NO. 26)<br><br>14-DAY DEADLINE |

## I. BACKGROUND

Elaine K. Villareal ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2015, Plaintiff filed the complaint commencing this action. (ECF No. 1). In an order entered November 8, 2016, this Court allowed Plaintiff's action to proceed against defendant County of Fresno on a claim for violation of the Eighth Amendment based on unconstitutional conditions of confinement. (ECF No. 7).

On January 31, 2017, defendant County of Fresno filed a motion to dismiss on the ground that Plaintiff failed to properly exhaust her administrative remedies. (ECF No. 12). Plaintiff filed an opposition, (ECF No. 19), and defendant County of Fresno filed a reply (ECF No. 20). The Court heard oral arguments on April 7, 2017, and took the matter under submission. (ECF No. 25). On April 11, 2017, the Court converted the motion to dismiss into a motion for summary judgment, and gave both parties the opportunity to file additional evidence, as well as a reply and objections to the opposing parties' evidence. (ECF No. 26).

1

On May 16, 2017, defendant County of Fresno filed a reply and objections to Plaintiff's additional evidence. (ECF No. 28). However, the Court has not received any additional evidence from Plaintiff. Based on this, it appears that Plaintiff served her additional evidence on defendant County of Fresno. However, Plaintiff's additional evidence was not filed with the Court.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff has fourteen (14) days from the date of service of this order to file her additional evidence with the Court.

IT IS SO ORDERED.

Dated: **May 18, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE