UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF FRESNO,<br><br>   Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER APPOINTING COUNSEL |

Elaine K. Villareal ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court finds it appropriate to appoint pro bono counsel for the limited purpose of representing Plaintiff at the upcoming <u>Albino</u> evidentiary hearing. Jeff D. Price has been selected from the Court's pro bono attorney panel for the limited purpose of representing Plaintiff at the evidentiary hearing, and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Jeff D. Price is appointed as counsel in the above entitled matter. Counsel is appointed for the limited purpose of representing Plaintiff at the upcoming <u>Albino</u> evidentiary hearing.
2. Appointed counsel's appointment will terminate when the order on the <u>Albino</u> hearing has been entered. Prior to the termination of the appointment, the Court will accord counsel the option of continuing his representation of Plaintiff or, at his discretion, proceeding as Plaintiff's appointed counsel for purposes of further proceedings in this case through

settlement and/or trial. If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of Court is directed to serve a copy of this order upon Jeff D. Price, Law office of Jeff D. Price, 2500 Broadway, Suite 125, Santa Monica, CA 90404.

IT IS SO ORDERED.

Dated: **August 18, 2017**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE