UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>          Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S ALLEGATIONS REGARDING RETALIATION<br><br>(ECF NO. 46)<br><br>TWENTY-ONE DAY DEADLINE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THIS ORDER |

Elaine K. Villareal ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 17, 2017, Plaintiff filed objections to Defendant's request for an extension of time. (ECF No. 46). In those objections, Plaintiff states that she believes she is being retaliated against because she filed this lawsuit. According to Plaintiff, on one occasion, she was not provided with lunch. On another occasion, she was woken up by a male voice over her intercom at 4:30 a.m. asking her if she wanted to go to yard, even though she was not scheduled to go to yard. On another occasion, she was not provided with her medication. And finally, on another occasion a correctional officer came into her cell and took her blanket, as well as all but one pair of her underwear (and the only pair she was left with was ripped).

Because Plaintiff is alleging that she may be experiencing retaliation because she filed this

1

action, the Court will require a response from Defendant regarding the allegations of retaliation.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's allegations of retaliation within twenty-one (21) days from the date of service of this order; and
2. The Clerk of Court is directed to send Plaintiff a copy of this order.

IT IS SO ORDERED.

Dated: **August 21, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE