UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S ALLEGATIONS THAT HER DOCUMENTS WENT MISSING AFTER AN INSPECTION<br><br>(ECF NO. 62) |

Elaine K. Villareal ("Plaintiff") is a prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

An Albino evidentiary hearing is set for November 14, 2017, at 10:30 a.m. (ECF No. 48). On November 7, 2017, Plaintiff filed her witness list. (ECF No. 62). Included with the witness list was the declaration of Plaintiff's limited purpose counsel, Jeff Price.[1] Accord to Mr. Price, Plaintiff informed him that her legal documents were rifled through during an inspection on November 4, 2017, and that several of her important original documents were missing, preventing her from bringing relevant evidence to the hearing.

These are extremely serious allegations that threaten the integrity of the evidentiary

---
[1] Mr. Price was appointed for the limited purpose of representing Plaintiff at the evidentiary hearing. (ECF No. 47).

1

hearing.[2]

Accordingly, IT IS ORDERED that:

1. On or before November 13, 2017, at 3:00 p.m., Defendant shall file a response to Plaintiff's allegations regarding the inspection that took place on November 4, 2017;
2. If in investigating this issue Defendant finds that Plaintiff's documents were taken in error, the documents shall be returned to Plaintiff in advance of the hearing;
3. To the extent this issue is not resolved prior to the hearing, the Court will take evidence regarding the alleged incident on November 4, 2017, at the upcoming evidentiary hearing. The parties may file amended witnesses lists on or before November 13, 2017, at 3:00 p.m.; and
4. The Court will consider requests for presentation of additional evidence or sanctions after hearing all relevant evidence at the scheduled hearing.

IT IS SO ORDERED.

Dated: __November 8, 2017__     /s/ Erin P. Groj
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court also notes that Plaintiff previously alleged retaliation by Defendant's employees (see ECF Nos. 48 & 55).