Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Elaine K. Villareal,

              Plaintiff(s)

vs.

County of Fresno et al.

              Defendants.

                                          /

No. 1:15-cv-01410-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 21, 2017, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> I have set a jail inspection and interview with my client and witnesses for November 7, 2017, at the Fresno County Jail in Fresno, California. I will drive to and from Fresno on November 7, 2017, stopping for breakfast and lunch on the way. I will incur the following expense: (1) Car rental -- Approximately $49.39 plus tax; (2) Fuel -- Approximately $70.00 (Approx. 440 miles x approx. 20 gallons @ approx. $3.50/gal.); (3) Meals -- $25 -- breakfast and lunch. Total = $144.39.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 144.39.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-01410-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of November, 20 17, at Santa Monica, California.

/s/ Jeff Dominic Price

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 11/6/17

E P A

United States District Judge/Magistrate Judge