# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO,<br><br>    Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER AFTER TELEPHONIC STATUS CONFERENCE |

On November 13, 2017, the Court held a telephonic status conference in this case. Plaintiff's counsel Jeff Price telephonically appeared. Defendant's counsel Scott Hawkins telephonically appeared.

As stated on the record, IT IS ORDERED that:

1. Mr. Price is appointed as Plaintiff's counsel for all purposes in this case; and
2. Plaintiff has until November 22, 2017, to file a notice regarding her intent to file an amended complaint.[1] If Plaintiff chooses to file an amended complaint, her notice should include a proposed due date for her motion for leave to amend the complaint.

IT IS SO ORDERED.

Dated: **November 16, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline does not impact Plaintiff's ability to file motion(s) for leave to amend going forward.

1