IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>          Plaintiff,<br><br> v.<br><br>COUNTY OF FRESNO,<br><br>          Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY<br><br>(ECF NO. 72) |

On November 21, 2017, Plaintiff filed a request for an extension of time to file her reply to Defendant's response re: November 4, 2017, cell inspection. (ECF No. 72). Plaintiff's counsel asks for additional time because he "has not been able to confer with the plaintiff about this matter…." (Id. at 1).

The Court will grant Plaintiff's request for an extension of time. Accordingly, IT IS ORDERED that Plaintiff's reply is due on December 5, 2017.

IT IS SO ORDERED.

 Dated:  **November 27, 2017**     /s/ Erica P. Grosjean
                       UNITED STATES MAGISTRATE JUDGE