UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | Case No. 1:15-cv-01410-EPG (PC)<br><br>ORDER EXTENDING TIME FOR FILING OF REPLY TO DEFENDANT'S RESPONSE RE CELL INSPECTION |

      GOOD CAUSE APPEARING,

      IT IS ORDERED that the December 5, 2017 deadline for Plaintiff's Reply to Defendant's Response to Court's Request for Response Re Cell Inspection and Supporting Declaration, as ordered by the Court (ECF No. 67), is extended until December 19, 2017.

IT IS SO ORDERED.

    Dated: **December 6, 2017**           /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE