UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO and SHERIFF MARGARET MIMS,<br><br>    Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS<br><br>(ECF NO. 97) |

On March 14, 2018, the Court found that service of process was appropriate for defendant Sheriff Margaret Mims. (ECF No. 95). On March 19, 2018, Plaintiff notified the Court that she (through counsel) will accomplish service of process on defendant Mims, and requested issuance of a summons for defendant Mims. (ECF No. 97).

The Court finds good cause to direct the Clerk of Court to issue a summons to Plaintiff for the purpose of service of process.

Accordingly, IT IS ORDERED THAT the Clerk of the Court is DIRECTED to send Plaintiff a summons for defendant Mims.

IT IS SO ORDERED.

Dated: **March 20, 2018**     /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE