| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO and SHERIFF MARGARET MIMS,<br><br>Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF NO. 101) |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On March 23, 2018, defendant County of Fresno filed a request for an extension of time to respond to the First Amended Complaint. (ECF No. 101). Defendant County of Fresno asks for additional time so that it can "evaluate the complaint and the joint County Defendants' potential responses thereto" (defendant Sheriff Margaret Mims was added as a defendant in the First Amended Complaint). (Id. at 2). Defendant Fresno of County "requests that the deadline for both Defendant's responses (assuming Defendant Mims is properly served by April 9, 2018) actually be extended to April 30. 2018. If Defendant Mims is not properly served by April 9, 2018 (9+21days =30th), then Defendant requests the deadline be extended to the 21st day after the day service is properly effected." (Id. at 1).

The Court finds good cause to grant defendant County of Fresno's request in part. As it is not clear when defendant Mims will be served, the Court will not grant defendant County of

1

Fresno's request that both defendants be given 21 days from after defendant Mims is served to file a responsive pleading. However, the Court will extend the date to respond to April 30, 2018. If defendant County of Fresno or defendant Mims needs additional time to respond, they can file another request for an extension.

Accordingly, IT IS ORDERED that defendant County of Fresno shall file its responsive pleading to Plaintiff's First Amended Complaint no later than April 30, 2018. If defendant Mims is served on or before April 9, 2018, defendant Mims shall file her responsive pleading to Plaintiff's First Amended Complaint no later than April 30, 2018.

IT IS SO ORDERED.

Dated: **March 26, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE