UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO and SHERIFF MARGARET MIMS,<br><br>　　　　Defendants. | No. 1:15-cv-01410-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 86, 98) |

Elaine Villareal ("plaintiff") is a prisoner proceeding *in forma pauperis* and *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2018, the assigned magistrate judge entered findings and recommendations, recommending that defendant County of Fresno's motion to dismiss (Doc. No. 86) be denied as moot in light of plaintiff's filing of an amended complaint. (Doc. No. 98.) The parties were provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly:

1. The findings and recommendations issued by the magistrate judge on March 20, 2018, (Doc. No. 98) are adopted in full; and

2. Defendant County of Fresno's motion to dismiss (Doc. No. 86) is denied as moot.

IT IS SO ORDERED.

Dated: **May 2, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE