Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VILLAREAL

Plaintiff(s)

vs.

COUNTY OF FRESNO

Defendants.

_____ /

No. 1:15-cv-1410-DAD-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 21, 2017 , by the Honorable Erica P. Grosjean , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

It is necessary to travel to Fresno for the hearing scheduled for July 27, 2018 on the Motion to Dismiss. I anticipate traveling by car.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 173.88 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-1410-DAD-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 144.39 | Travel expenses | 0.00 |
| 153.32 | Travel expenses | 0.00 |
| 144.39 | Travel expenses | 142.08 |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of July , 20 18 , at Santa Monica , California.

/s/ Jeff Dominic Price

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____ , at _____, ___.M. in Courtroom
Number_____.

Dated: July 27, 2018

United States District Judge/Magistrate Judge