UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO AND SHERIFF MARGARET MIMS,<br><br>Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF NO. 126)<br><br>ORDER DIRECTING CLERK TO SEND FRESNO COUNTY COUNSEL DANIEL CEDERBORG A COPY OF THIS ORDER |

On September 12, 2018, the Court issued an order to show cause ("OSC") asking attorneys Scott Hawkins and Daniel Cederborg whether the Court should take action based on what appeared to be unauthorized practice of law. (ECF No. 126). The Court issued the OSC after discovering that the attorney directory of the State Bar of California appeared to indicate that Mr. Hawkins was not authorized to practice law in California when he filed a reply brief and appeared at a hearing in this case. Mr. Hawkins and Mr. Cederborg have responded to the OSC. (ECF Nos. 128 & 129).

The attorneys' responses indicate that the suspension listed for Mr. Hawkins was the result of an administrative error by the State Bar of California—that is, the State Bar of California did not timely process a payment from Mr. Hawkins. (See ECF No. 128, 2-4, 7-11, 13, & 15-18). The record of suspension has since been expunged from the State Bar of California's directory, and the directory now shows that Mr. Hawkins has been authorized to practice law in California

1 | since June 2000 without any suspension of his license.  (See id. at 19).

2 | The Court is satisfied that Mr. Hawkins has not engaged in the unauthorized practice of law before this Court.  No sanction or other action is warranted.  The Court appreciates the prompt and detailed responses from Mr. Hawkins and Mr. Cederborg.

Accordingly, IT IS ORDERED THAT:

1. The order to show cause issued on September 12, 2018 (ECF No. 126), is DISCHARGED; and
2. The Clerk of Court is directed to serve a copy of this order on Daniel Cederborg, Fresno County Counsel, 2220 Tulare St, 5th Floor, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **September 25, 2018**            /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE