UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL, | Case No. 1:15-cv-01410-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO CONTINUE TELEPHONIC STATUS CONFERENCE |
| v. | |
| | (ECF NO. 132) |
| COUNTY OF FRESNO and SHERIFF MARGARET MIMS, | |
| Defendants. | |

On October 25, 2018, Plaintiff filed a request to continue the telephonic status conference from January 7, 2019, at 9:30 a.m., to January 21, 2019, at 9:30 a.m. (ECF No. 132). Plaintiff states that she needs the continuance because her counsel is scheduled to start a jury trial in Los Angeles Superior Court on January 7, 2019.

Defendants filed a response indicating that they do not oppose the continuance. (ECF No. 133).

The Court finds good cause to grant the continuance. However, January 21, 2019, is a federal holiday, and the Court will be closed.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the telephonic status conference will be held on January 23, 2019, at 10:30 a.m.  The dial-in information and all other instructions remain the same.

IT IS SO ORDERED.

Dated: __**October 26, 2018**__      /s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE