UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF FRESNO and MARGARET MIMS,<br><br>        Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER APPROVING STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 149) |

Pursuant to the stipulation of the parties (ECF No. 149), and finding that good cause exists for modifying the Amended Scheduling Order as requested by the parties,[1]

IT IS ORDERED that the Amended Scheduling Order, entered on January 25, 2019 (ECF No. 141), is modified as follows:

| Event | New Date or Deadline |
|---|---|
| Nonexpert Discovery Cutoff | January 10, 2020 |
| Expert Disclosure Deadline | February 7, 2020 |
| Rebuttal Expert Disclosure | March 6, 2020 |
| Expert Discovery Cutoff | April 6, 2020 |
| Dispositive Motion Deadline | April 21, 2020 |
| Motions for Attendance of Incarcerated Witnesses at Trial[2] | November 11, 2020 |

---

[1] The stipulation states that "[t]his is the first request for an extension of the deadlines requested by the parties." (ECF No. 149, p. 1). However, the Court has previously extended the deadlines in this case by approximately five months. (Compare ECF No. 127 with ECF No. 141).

[2] If a party wants the Court to issue writs to secure the attendance of incarcerated witnesses at trial, that party must

| Oppositions to Motions for Attendance of Incarcerated Witnesses at Trial | December 11, 2020 |
|---|---|
| Pretrial Conference | January 11, 2021, at 1:30 p.m. |
| Trial | March 16, 2021 at 1:00 p.m. |

All other dates and deadlines remain as previously set.[3]

IT IS SO ORDERED.

Dated: **August 13, 2019**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

---

file a motion for the attendance of incarcerated witnesses.

[3] The parties did not request modification of, and the Court is not modifying, the exhaustion motion filing deadline.