Leslie M. Dillahunty, Esq.  Bar No. 195262
Ashley N. Reyes, Esq.       Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Leslie@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendants, County of Fresno and Sheriff Margaret Mims

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF FRESNO and SHERIFF MARGARET MIMS,<br><br>  Defendants. | CASE NO.  1:15-cv-01410-DAD-EPG<br><br>STIPULATED PROTECTIVE ORDER AUTHORIZING LIMITED DISCLOSURE OF CONFIDENTIAL RECORDS<br><br><br>Complaint Filed:  September 17, 2015<br>Trial Date:  November 10, 2020 |

IT IS STIPULATED by and between the parties that certain County of Fresno Sheriff's Department documentation, specifically relevant portions of the Jail Policy and Procedures Manual and certain personal information pertaining to individuals housed with the plaintiff during those times relevant to her complaint, may be disclosed to the Jeff Dominic Price, attorney for the plaintiff, Elaine K. Villareal, and the law firm of Weakley & Arendt, A Professional Corporation, attorneys for the County of Fresno and Sheriff Margaret Mims, in the civil case of *Elaine K. Villareal v. County of Fresno, et al.*, United States District Court, Eastern District of California, Case No. 1:15-cv-01410-DAD-EPG.  As was discussed at the discovery dispute conference of February 8, 2019, held at 3:00 p.m., and as concluded by the Court after considerable discussion and argument, the portions of the Jail Policy and Procedure Manual are

to be produced pursuant to a protective order due to safety concerns, both for correctional staff and for those individuals housed at the jail, should those policies and procedures be made public. As the Court additionally concluded, the personal information pertaining to individuals who are not parties to the subject litigation involves sensitive matters which should not be disclosed or otherwise made available to the public.

## PROTECTIVE ORDER

1. The disclosed documents shall be used solely in connection with the civil case of *Elaine K. Villareal v. County of Fresno, et al.,* United States District Court, Eastern District of California, Case No. 1:15-cv-01410-DAD-EPG, in the discovery and trial of this case, or any related proceeding, and not for any other purpose or in any other litigation.

2. The documents may only be disclosed to the following persons:

a) counsel for the parties and all parties to this action;

b) paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters retained in connection with this action;

c) court personnel including stenographic reporters engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

d) any expert, consultant or investigator, either non-retained or retained, in connection with this action;

e) witnesses other than plaintiff may have the documents disclosed to them in preparation for trial as deemed necessary by counsel, including disclosure in connection with investigation, discovery proceedings, law and motion matters, arbitration, and/or trial only; the witnesses may not leave the deposition, arbitration or trial with copies of the documents, and shall be bound by the provisions of paragraph 3. Any documents attached to a deposition transcript will be attached under seal.

f) the finder of fact at the time of trial subject to the court's rulings on in limine motions and objections of counsel.

///

3.      Each person to whom disclosure is made with the exception of counsel, who are presumed to know the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of the Protective Order. Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of that Order.  Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Order, including without limitation, any proceeding for contempt.  Provisions of this Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

4.      Any confidential document subject to this Protective Order that is attached as an exhibit to a deposition shall be done so under seal and identified as confidential.

5.      At the conclusion of this litigation, all confidential documents received under the provisions of this Order, including copies made, shall be destroyed, or tendered back to the agency or department from which they were obtained.  The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial.

DATED: October 25, 2019

By:      /s/ Jeff Dominic Price
Jeff Dominic Price, attorney for
Plaintiff, Elaine K. Villareal

DATED: October 25, 2019          WEAKLEY & ARENDT
A Professional Corporation

By:      /s/ Leslie M. Dillahunty
Leslie M. Dillahunty attorneys for
County of Fresno and Sheriff Margaret Mims

///

///

///

# ORDER

IT IS ORDERED that the parties' Stipulated Protective Order Authorizing Limited Disclosure of Confidential Records (ECF No. 153) is APPROVED.

IT IS SO ORDERED.

Dated:   **October 28, 2019**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE