UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELAINE K. VILLAREAL, | Case No. 1:15-cv-01410-DAD-EPG (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER APPROVING SECOND STIPULATION FOR EXTENSION OF TIME OF DISCOVERY CUTOFF AND RELATED DATES |
| COUNTY OF FRESNO and MARGARET MIMS, | |
| Defendants. | (ECF No. 155) |

On November 6, 2019, the parties filed a second stipulation for an extension of time of the discovery cutoff and related dates. (ECF No. 155). Pursuant to the stipulation of the parties, and finding that good cause exists for modifying the Amended Scheduling Order as requested by the parties,

IT IS ORDERED that the Amended Scheduling Order, entered on January 25, 2019 (ECF No. 141), is modified as follows:

| Event | Date or Deadline |
|---|---|
| Nonexpert Discovery Cutoff | April 10, 2020 |
| Expert Disclosure Deadline | May 1, 2020 |
| Rebuttal Expert Disclosure Deadline | May 29, 2020 |
| Expert Discovery Cutoff | June 8, 2020 |
| Dispositive Motion Filing Deadline | June 30, 2020 |
| Pretrial Conference | January 11, 2021, at 1:30 p.m. |
| Trial | March 16, 2021, at 1:00 p.m. |

All other dates and deadlines remain as previously set. Given that this is the second stipulation for an extension of the discovery deadlines, and that discovery has already been open for over a year, no further extensions of the discovery deadlines will be granted.

IT IS SO ORDERED.

Dated: __**November 7, 2019**__   /s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE