UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>        Plaintiff,<br>  v.<br>COUNTY OF FRESNO and MARGARET MIMS,<br><br>        Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER DENYING THIRD STIPULATION FOR EXTENSION OF TIME OF DISCOVERY CUTOFF AND RELATED DATES<br><br>(ECF No. 158) |

      On November 6, 2019, the parties filed a second stipulation for an extension of time of the discovery cutoff and related dates. (ECF No. 155). The Court modified the schedule as requested by the parties. (ECF No. 156). The Court also warned the parties that, as "this [was] the second stipulation for an extension of the discovery deadlines, and that discovery has already been open for over a year, no further extensions of the discovery deadlines will be granted." (Id. at 2).

      On February 22, 2020, the parties filed a third stipulation for an extension of time of the discovery cutoff and related dates. (ECF No. 158). The stipulation does not address the Court's prior warning, and the Court will not extend the discovery deadlines further. Moreover, the proposed amended dates do not leave enough time between the dispositive motion filing deadline, which the parties propose to extend to October 1, 2020, and the trial, which is set for March 16, 2021.

      For these reasons, the parties' request for extension of time is DENIED.

IT IS SO ORDERED.

  Dated:   **February 25, 2020**          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE