UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELAINE K. VILLAREAL, | |
|---|---|
| Plaintiff, | Case No. 1:15-cv-01410-DAD-EPG (PC) |
| v. | ORDER APPROVING STIPULATION FOR EXTENSION OF TIME OF DISCOVERY CUTOFF AND MOTION FILING DEADLINES |
| COUNTY OF FRESNO and MARGARET MIMS, | |
| Defendants. | (ECF No. 160) |

On March 19, 2020, the parties filed a fourth stipulation for an extension of time of the discovery cutoff and related dates. (ECF No. 160). Pursuant to the stipulation of the parties, and finding that good cause exists for modifying the Amended Scheduling Order as requested by the parties,

IT IS ORDERED that the Amended Scheduling Order, entered on January 25, 2019 (ECF No. 141), is modified as follows:

| Event | Date or Deadline |
|---|---|
| Nonexpert Discovery Cutoff | July 10, 2020 |
| Expert Disclosure Deadline | July 22, 2020 |
| Rebuttal Expert Disclosure Deadline | August 5, 2020 |
| Expert Discovery Cutoff | August 26, 2020 |
| Dispositive Motion Filing Deadline | August 11, 2020 |

All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

1

Dated: **March 20, 2020**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE