Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELAINE K. VILLAREAL, | No. 1:15-CV-01410-DAD-EPG |
|---|---|
| Plaintiff, | STIPULATION TO EXTENSION OF TIME OF DISCOVERY CUTOFF FOR DEPOSITIONS |
| vs. | |
| COUNTY OF FRESNO et al., | Date Filed:   09/17/2015<br>Trial:         03/16/2021 |
| Defendant. | |

To:   THE HONORABLE ERICA P. GROSJEAN, UNITED STATES MAGISTRATE JUDGE:

THE PARTIES request that the Court extend the Discovery Cutoff by two weeks, from July 10, 2020, until July 24, 2020, for the taking of depositions. The parties are and have been unable to conduct depositions because of the COVID-19 pandemic.

The parties have conducted written discovery and are still in the process of conducting written discovery. Counsel for the Plaintiff and counsel for the Defendant met and conferred and, in the interests of justice agree to an extension of the discovery cutoff for depositions from July 10, 2020, to July 24, 2020.

This is the fifth request for an extension of the deadlines requested by the parties.

1  IT IS SO STIPULATED.

2  DATED: June  4 , 2020,		JEFF DOMINIC PRICE JDPPC
							Attorney for Plaintiff
3
							By	   /s/ Jeff Dominic Price
4								Jeff Dominic Price, Esq.

5  DATED: June  4 , 2020,		WEAKLEY & ARENDT, A.P.C.

6							   /s/ Leslie Dillahunty         [1]
							Leslie Dillahunty, Esq.
7							Attorneys for Defendants

8

9					ORDER

10

11
	Good cause appearing, it is ordered that the discovery cutoff is extended to July 24, 2020,
12
for the purpose of taking depositions.
13

14  IT IS SO ORDERED.

15
	Dated:   **June 5, 2020**				/s/ Erica P. Grosjean
16							UNITED STATES MAGISTRATE JUDGE

17

---

[1] I, Jeff Price, affirm that counsel, Leslie Dillahunty, gave her permission to affix her electronic signature to this Stipulation and Proposed Order, on June  4 , 2020.

15-CV-01410-DAD-EPG  2

STIPULATION TO EXTENSION OF DISCOVERY CUTOFF