UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELAINE K. VILLAREAL,                          | Case No. 1:15-cv-01410-DAD-EPG (PC) |
|-----------------------------------------------|-------------------------------------|
| Plaintiff,                                    |                                     |
| v.                                            | ORDER MODIFYING SCHEDULE            |
| COUNTY OF FRESNO and MARGARET MIMS,           | (ECF No. 179)                       |
| Defendants.                                   |                                     |

On July 31, 2020, as ordered by the Court (ECF No. 176, p. 4), the parties filed a joint proposed schedule (ECF No. 179).  Pursuant to the joint proposed schedule, and finding that good cause exists for modifying the Amended Scheduling Order,

IT IS ORDERED that the Amended Scheduling Order, entered on January 25, 2019 (ECF No. 141), is modified as follows:

| Event                                         | Date or Deadline                |
|-----------------------------------------------|---------------------------------|
| Expert Disclosure Deadline                    | September 14, 2020              |
| Rebuttal Expert Disclosure Deadline           | October 2, 2020                 |
| Expert Discovery Cutoff                       | October 12, 2020                |
| Notification re: Settlement Conference[1]     | October 19, 2020                |
| Dispositive Motion Filing Deadline            | November 3, 2020                |
| Pretrial Conference                           | January 11, 2021, at 1:30 p.m.  |

---

[1] On or before October 19, 2020, the parties shall email Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov regarding whether the parties want the Court to set a settlement conference.

1

| Trial | March 16, 2021 at 1:00 p.m.[2] |
|---|---|

All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

Dated:   **August 4, 2020**                                          /s/ *Erica P. Grosjean*
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[2] At this time the Court is not modifying the pretrial conference date or the trial date, although those dates will be subject to availability of the District Judge.