UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO and MARGARET MIMS,<br><br>             Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER APPROVING STIPULATION TO EXTENSION OF TIME OF EXPERT DISCLOSURE DEADLINE AND DISCOVERY CUTOFF FOR DEPOSITIONS<br><br>(ECF No. 185) |

On August 19, 2020, the parties filed a stipulation for an extension of time of the expert disclosure deadline and the discovery cutoff for depositions. (ECF No. 185). Pursuant to the stipulation of the parties, and finding that good cause exists for modifying the Amended Scheduling Order as requested by the parties,

IT IS ORDERED that the Amended Scheduling Order, entered on January 25, 2019 (ECF No. 141), is modified as follows:

| Event | Date or Deadline |
|---|---|
| Discovery Cutoff for Depositions | September 10, 2020 |
| Expert Disclosure Deadline | September 21, 2020 |
| Rebuttal Expert Disclosure Deadline | October 2, 2020 |
| Expert Discovery Cutoff | October 12, 2020 |
| Notification re: Settlement Conference | October 19, 2020 |
| Dispositive Motion Filing Deadline | November 3, 2020 |
| Pretrial Conference | January 11, 2021, at 1:30 p.m. |

| Trial | March 16, 2021 at 1:00 p.m.[1] |
|---|---|

All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

Dated:     **August 20, 2020**                           /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] At this time the Court is not modifying the pretrial conference date or the trial date, although those dates will be subject to availability of the District Judge.