UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO and MARGARET MIMS,<br><br>　　　　　　　　　　Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER VACATING PRETRIAL CONFERENCE, TRIAL, AND DEADLINE TO FILE JOINT PRETRIAL STATEMENT |

In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the ongoing judicial emergency in the Eastern District of California, and because the pretrial conference is fewer than two and a half months away and Defendants' motion for summary judgment was only recently filed,[1] IT IS HEREBY ORDERED that the pretrial conference, the trial, and the deadline for the parties to file a joint pretrial statement are VACATED.

If necessary, the Court will reset these deadlines after the motion for summary judgment has been resolved.

IT IS SO ORDERED.

　　Dated:　**November 3, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Magistrate Judge will issue findings and recommendations regarding the pending motion to the District Judge, who will make a *de novo* determination with the benefit of the parties' objections to the Magistrate Judge's recommendations.

1