UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>                    Plaintiff,<br><br>         v.<br><br>COUNTY OF FRESNO and MARGARET MIMS,<br><br>                    Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 192) |

On November 13, 2020, Plaintiff filed an *ex parte* application to extend time to file a response to Defendants' motion for summary judgment. (ECF No. 192). "Plaintiff asks that the time to file a response to the motion for summary judgment be extended from December 1, 2020, to January 15, 2021, primarily because (1) counsel for Plaintiff will be out of town during the Thanksgiving holiday, (2) counsel for Plaintiff wants additional time to confer with the Plaintiff regarding the response to the motion, and (3) counsel for Plaintiff believes it is necessary to have more time to work with Plaintiff's expert to prepare a response to the motion." (Id. at 1). "Counsel for Defendants does not oppose this request." (Id. at 2).

The Court finds good cause to grant Plaintiff's *ex parte* application.

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until January 15, 2021, to file her response to Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:  **November 16, 2020**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE