UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO and MARGARET MIMS,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 195) |

On January 13, 2021, Plaintiff filed a second *ex parte* application to extend time to file a response to Defendants' motion for summary judgment. (ECF No. 195). According to Plaintiff, "Counsel for Defendants does not oppose this request." (Id. at 1).

The Court finds good cause to grant Plaintiff's second *ex parte* application.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until March 8, 2021, to file her response to Defendants' motion for summary judgment. No further extensions of this deadline will be granted.

IT IS SO ORDERED.

Dated:  **January 14, 2021**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1