IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL, | No. 1:15-CV-1410-DAD-EPG |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF FRESNO, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter has been referred to the undersigned to conduct a settlement conference. A settlement is set for February 24, 2022, at 9:30 a.m. in Redding, California, before the undersigned via Zoom. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> no later than seven days prior to the settlement conference. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1).

IT IS SO ORDERED.

Dated: February 2, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1