Jeff Dominic Price | SBN 165534
730 Arizona Ave., Suite 200
Santa Monica, California 90401
jdp@jdpfirm.com
Tel. 310.451.2222

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELAINE K. VILLAREAL, | No. 1:15-CV-01410-DAD-EPG |
|---|---|
| Plaintiff, | STIPULATION TO CHANGE OF SETTLEMENT CONFERENCE TIME |
| vs. | |
| COUNTY OF FRESNO et al., | Date Filed:   09/17/2015<br>Trial:              06/01/2022 |
| Defendant. | |

TO:   THE HONORABLE DENNIS M. COTA, UNITED STATES MAGISTRATE JUDGE:

THE PARTIES request that the Court change the settlement conference time from 9:30 a.m. to 1:00 p.m. on February 24, 2022.

The parties have conferred and believe that this change is in the interests of justice and preserving judicial resources.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: February  16 , 2020,         JEFF DOMINIC PRICE JDPPC
                                    Attorney for Plaintiff

                                    By      /s/ Jeff Dominic Price
                                        Jeff Dominic Price, Esq.

DATED: February  16 , 2020,         WEAKLEY & ARENDT, A.P.C.

                                         /s/ Leslie Dillahunty [1]
                                    Leslie Dillahunty, Esq.
                                    Attorneys for Defendants

## ORDER

Good cause appearing, it is ordered that the time for the settlement conference in this case be changed from 9:30 a.m. to 1:00 p.m., February 24, 2022.

Dated:  February 17, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Jeff Price, affirm that counsel, Leslie Dillahunty, gave her permission to affix her electronic signature to this Stipulation and Proposed Order, on February 16 , 2022.