UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER SETTING PRETRIAL CONFERENCE AND JOINT PRETRIAL STATEMENT DEADLINE<br><br>Joint Pretrial Statement:　　April 18, 2022<br><br>Pretrial Conference:　April 25, 2022<br>　　　　　　　　　　　Time: 2:30 p.m.<br>　　　　　　　　　　　Courtroom 5 (DAD)<br><br>Jury Trial:　　Not Set at This Time |

On March 15, 2022, the parties participated in a settlement conference. (ECF No. 232). As the parties did not reach a settlement, the Court now sets a pretrial conference and the joint pretrial statement deadline.

**I.　　PRETRIAL CONFERENCE**

A pretrial conference is set for **April 25, 2022, at 2:30 p.m.**, in Courtroom 5, before District Judge Dale A. Drozd. The pretrial conference will be held via Zoom video conferencing. The parties are directed to contact Courtroom Deputy Mamie Hernandez (mhernandez@caed.uscourts.gov) for the connection information.

The parties shall file a joint pretrial statement in compliance with Local Rule 281 on or

1

before **April 18, 2022**.  A copy of the statement shall also be emailed in Word format to dadorders@caed.uscourts.gov.

The parties are advised that failure to file a pretrial statement as required by this order may result in the imposition of appropriate sanctions, which may include dismissal of the action or entry of default.

**II.     TRIAL DATE**

The Court is not setting a trial date at this time.  District Judge Dale A. Drozd will discuss the trial date with the parties at the pretrial conference.

IT IS SO ORDERED.

Dated:   **March 18, 2022**               /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

2