UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01410-DAD-EPG (PC)<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STATEMENT AND TO CONTINUE PRETRIAL CONFERENCE<br><br>(ECF No. 234) |

Pursuant to the stipulation of the parties (ECF No. 234), and finding good causes exists, the deadline for filing the Joint Pretrial Statement is continued from April 18, 2022, to April 28, 2022, and the Pretrial Conference is continued to May 16, 2022, at 1:30 p.m.

No further extensions of these deadlines will be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

　　Dated: **April 8, 2022**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -