1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ELAINE K. VILLAREAL, | Case No. 1:15-cv-01410-ADA-EPG (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF'S COUNSEL TO INFORM THE COURT WHETHER A WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS NECESSARY TO SECURE PLAINTIFF'S ATTENDANCE AT TRIAL |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | SEVEN-DAY DEADLINE |

18    Plaintiff Elaine K. Villareal is proceeding *in forma pauperis* in this civil rights action

19 brought pursuant to 42 U.S.C. § 1983.  Based on the record in this case, it is unclear if Plaintiff

20 Elaine Villareal is currently incarcerated.  Thus, it is unclear if the Court must issue a writ of

21 habeas corpus ad testificandum to secure Plaintiff's attendance at the trial, which is currently set

22 for November 8, 2022.

23    Accordingly, IT IS ORDERED that Plaintiff's counsel has seven days from the date of

24 service of this order to file a notice informing the Court whether a writ of habeas corpus ad

25 testificandum is necessary to secure Plaintiff's attendance at the trial.

26 \\\

27 \\\

28 \\\

1

1    If a writ of habeas corpus ad testificandum is necessary, Plaintiff's counsel shall further

2 inform the Court where Plaintiff is currently incarcerated and provide the Court with the relevant

3 identification number(s).

4

5 IT IS SO ORDERED.

6    Dated:   **September 29, 2022**        /s/ *Erica P. Grosjean*

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28