UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br><br>                                  Plaintiff,<br><br>         v.<br><br>COUNTY OF FRESNO,<br><br>                                  Defendant. | Case No. 1:15-cv-01410-ADA-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER<br><br>(ECF No. 251) |

On September 29, 2022, the Court directed Plaintiff's counsel to file a notice informing the Court whether a writ of habeas corpus ad testificandum is necessary to secure Plaintiff's attendance at the trial. (ECF No. 250). On September 30, 2022, Plaintiff's counsel filed his response. (ECF No. 251).[1]

In the response, Plaintiff's counsel states that he does not believe that Plaintiff's is in custody at this time, and thus a writ of habeas corpus ad testificandum is not necessary.

He also notes that this is subject to change. Finally, Plaintiff's counsel states that "there may be other witness[es] for whom a writ will be necessary." (Id. at 1).

As it appears that Plaintiff is not in custody at this time, the Court will not issue a writ of

---

[1] The Court appreciates Plaintiff's counsel's prompt response.

1

habeas corpus ad testificandum to secure Plaintiff's attendance at trial.

Additionally, the Court will not issue a writ to secure any other inmates' attendance at trial. Plaintiff's counsel does not identify any other inmate witnesses for which a writ is necessary. Moreover, the deadline to file motions for attendance of incarcerated witnesses has long since passed. (<u>See</u> ECF No. 223).

IT IS SO ORDERED.

| | |
|---|---|
| Dated: __October 3, 2022__ | /s/ *Erica P. Grosjean* <br> UNITED STATES MAGISTRATE JUDGE |