UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE K. VILLAREAL,<br>          Plaintiff,<br><br>v.<br><br><br>COUNTY OF FRESNO,<br>          Defendant. | Case No. 1:15-cv-01410-ADA-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **SARAH BOOTH, ID # 2030570**, PLAINTIFF'S WITNESS<br><br>DATE: November 8, 2022<br>TIME:  8:30 a.m. |

**Sarah Booth, inmate, ID #2030570**, a necessary and material witness for Plaintiff in proceedings in this case on **November 8, 2022**, is confined at Fresno County South Annex Jail, 2280 Fresno Street, Fresno, CA 93721, in the custody of the Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #1, 8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA on November 8, 2022, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Sheriff to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of Fresno County South Annex Jail**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __October 14, 2022__         /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

