IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Elaine K. Villareal

          Plaintiff(s)

vs.

County of Fresno

          Defendants.

No. 1:15-cv-01410-ADA-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 08/21/2017, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Please see attachment.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,820.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-01410

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 144.39 | Travel expenses | Unknown |
| 153.22 | Travel expenses | Unknown |
| 144.39 | Travel expenses | 143.08 |
| 173.08 | Travel expenses | Unknown |
| 2,250 | Expert fees | 2,250 |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of October, 20 22, at Santa Monica, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 10/28/22

_____
United States District Judge/Magistrate Judge