



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ELAINE K. VILLAREAL,

        Plaintiff,

vs.

COUNTY OF FRESNO,

        Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**
1:15-cv-01410 ADA EPG (PC)

        JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED THAT JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT COUNTY OF FRESNO AND AGAINST PLAINTIFF ELAINE K. VILLAREAL.

DATED: November 14, 2022

KEITH HOLLAND, Clerk

By: _____
        Deputy Clerk